# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| JOHNNY J. URBAN, | ) **MEMORANDUM DECISION &** |
| | ) **DISMISSAL ORDER** |
| Plaintiff, | ) |
| | ) Case No. 2:08-CV-464 TS |
| v. | ) |
| | ) District Judge Ted Stewart |
| OFFICER BLACKHAM et al., | ) |
| | ) |
| Defendants. | ) |

---

Plaintiff, Johnny J. Urban, an inmate at Central Utah Correctional Facility, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2011), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the complaint under § 1915(e), in an Order dated December 20, 2010, the Court determined that Plaintiff's complaint was deficient in a number of ways.

The Court then gave Plaintiff instructions on how to cure the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim under § 1915(e)(2)(B)(ii) and failure to prosecute.

DATED this 14th day of February, 2011.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court